```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/14/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
:
HAO ZHE WANG,                                                 :
                                                              :
                           Plaintiff,                         :
                                                              :      24-cv-7206 (LJL)
            -v-                                               :
                                                              :          ORDER
AT&T and SNOWFLAKE, INC.,                                     :
                                                              :
                           Defendants.                        :
                                                              :
--------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    On January 6, 2025, Plaintiff moved for leave to amend his complaint. Dkt. No. 23. The motion is denied because it is unnecessary. Federal Rule of Civil Procedure 15 allows a party to amend its pleading once "as a matter of course" no later than 21 days after service of a responsive pleading. Fed. R. Civ. P. 15(a)(1). "[A]s a matter of course" means that if the conditions are met, Plaintiff need not ask the court for leave to file an amended complaint. He may simply file it. That is the situation here. Defendants have not yet responded to Plaintiff's complaint, and this is the first time Plaintiff has sought to amend. Therefore, Plaintiff has the right to file an amended complaint pursuant to Federal Rule of Civil Procedure 15(a)(1).

    Plaintiff has also filed a motion to seal. Dkt. No. 24. The motion to seal requests that the Court seal the motion for leave to amend, and references "the sealed documents of Dkt.23." *Id.* The parties are informed that as of January 14, 2025, the Court's docket contains no sealed documents. At Dkt. No. 23, the Court has an unsealed motion for leave to amend which is 14 pages long, with no exhibits or attached documents.

    Procedures for Sealed and Redacted Filings are available at Attachment A of the

undersigned's Individual Practices in Civil Cases, available at https://www.nysd.uscourts.gov/hon-lewis-j-liman. Among other things, the motion to seal must "explain[] the particular reasons for seeking to file the document with redactions or under seal." Because Plaintiff's motion to seal does not explain the reasons for sealing, the motion must be denied. If any documents currently on the Court's docket should be sealed, Plaintiff may make a renewed motion in accordance with the Individual Practices.

    SO ORDERED.

Dated: January 14, 2025
       New York, New York

                                      LEWIS J. LIMAN
                                   United States District Judge