IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| HAO ZHE WANG,<br><br>Plaintiff,<br><br>v.<br><br>AT&T and SNOWFLAKE, INC.,<br><br>Defendants. | CV-24-155-BU-BMM<br><br>**ORDER** |

    Pro Se Plaintiff Hao Zhe Wang has filed a pro se registration form seeking permission to file documents electronically and receive service of documents and notice of electronic filings sent via e-mail. (Doc. 29.) Due to the nature of this matter, the Court denies Plaintiff's request to file electronically. All submissions must be hand-delivered or mailed to the Clerk's Office for filing. The Clerk's Office may approve Plaintiff's request to receive service of documents and notice of electronic filings via e-mail.

    DATED this 19th day of February 2025.

*[signature: Brian Morris]*

_____
Brian Morris, Chief District Judge
United States District Courts